

ORIGINAL

EDOK - Search and Seizure Warrant (Revised 8/10)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of: )
)
Samsung Galaxy S Smart Cellular telephone ) **CASE NUMBER:**
belonging to Jason Thomas Cook )
) 12-MJ-060 -KEW
)

## SEARCH AND SEIZURE WARRANT

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the __EASTERN__ District of __OKLAHOMA__ *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE HEREBY COMMANDED to execute this warrant on or before __July 19, 2012__
*(not to exceed 14 days)*

☐   in the daytime 6:00 a.m. to 10:00 p.m.

☐   at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Kimberly E. West__.

☐   I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:

   ☐   for _____ days *(not to exceed 30 days)*.

   ☐   until, the facts justifying, the later specific date of _____.

Date: __July 5, 2012__                    _____
                                                               *Judge's signature*

City and state:   __Muskogee, Oklahoma__         Kimberly E. West
                                                                     UNITED STATES MAGISTRATE JUDGE
                                                                     *Printed name and title*

Search and Seizure Warrant (Page 2)

| RETURN | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 7/11/2012 Approximately 10:30am | Copy of warrant and inventory left with: Copy w/ Jason Cook (7/10/12) No inventory |
| Inventory made in the presence of: No Inventory made | | |

Inventory of the property taken and name of any person(s) seized:

The data from the phone was transferred to a CD after coping the data on the phone. Data copied to disc via cell brite. Phone to be returned to Jason Cook. End of list

### CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/11/2012

_Curt Collins_
Executing officer's signature

_Curt Collins   S/A_
Printed name and title

FILED

JUL 25 2012

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

## ATTACHMENT A

Descriptions of the
Item to be searched

Jason Thomas Cook's cellular telephone is described as a black colored Samsung Galaxy S smart phone having AT&T service. The IMEI number is 356638042309770 and it has phone number 918/577-0380.

## ATTACHMENT "B"

### *Items to be Seized*

1. Any and all text messages, contacts, e-mails, videos and photographs or other media related to the possession, destruction, acquisition, disposal or discharge of firearms or ammunition.

2. Any and all text messages, contacts, e-mails, videos and photographs or other media related to witnesses to the possession, destruction, acquisition, disposal or discharge of firearms or ammunition.

3. Any and all text messages, contacts, e-mails, videos and photographs or other media related to the location of firearms or ammunition.

4. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history